

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00232-CR

_____

HUGO FLUELLEN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 115th District Court
Upshur County, Texas
Trial Court No. 16,405

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

Hugo Fluellen appeals from his conviction for indecency with a child. Fluellen's brief was originally due February 18, 2014. Counsel is appointed.

Efforts from our clerk's office to obtain the appellant's brief and/or a motion to extend the briefing deadline proved unproductive; consequently, we sent a late brief notice to appellant's counsel, Charles van Cleef, on April 14, 2014, advising him of the late status of the brief and establishing a new deadline—April 29—for filing the brief. We also warned van Cleef that his failure to file the brief could result in abatement to the trial court for a hearing in accordance with Rule 38.8 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.8(b).

We have not been contacted by counsel and have received neither appellant's brief nor a motion to extend the briefing deadline.

Because the brief has not been filed and counsel has failed to contact this Court or pursue the appeal, we abate this case to the trial court pursuant to Rule 38.8(b) of the Texas Rules of Appellate Procedure for a hearing to determine why counsel has not filed the brief, whether the brief can be promptly filed with this Court, whether Fluellen desires to prosecute this appeal, and whether he is indigent. *See* TEX. R. APP. P. 38.8(b)(2). The trial court may also address other matters as it deems appropriate, including appointing different counsel for appellant, if necessary. The hearing is to be conducted within fifteen days of the date of this order.

The trial court's findings and recommendations on the issues set forth above shall be entered into the record of the case and presented to this Court in the form of a supplemental clerk's record within fifteen days of the date of the hearing. *See* TEX. R. APP. P. 38.8(b)(3). The

reporter's record of the hearing shall also be filed with this Court in the form of a supplemental reporter's record within fifteen days of the date of the hearing. *See id.*

All appellate timetables are stayed and will resume on our receipt of (1) the appellant's brief or (2) the supplemental appellate record.

IT IS SO ORDERED.

BY THE COURT

Date: May 20, 2014